# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2021

162674

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

MICHELLE McCARTY,
   Plaintiff-Appellant,

v

WANDA AKINS and EVEREST NATIONAL
INSURANCE COMPANY,
   Defendants-Appellees.

SC: 162674
COA: 350052
Calhoun CC: 2018-001365-NI

_____/

   On order of the Court, the application for leave to appeal the January 21, 2021 judgment of the Court of Appeals is considered, and it is DENIED, there being no majority in favor of granting leave to appeal or taking other action.

   BERNSTEIN, J., did not participate because he has a family member with an interest that could be affected by the proceeding.



a0720

   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2021



          Clerk